IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| AMMON RA SUMRALL, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Case No. 5:21-cv-00187-MTT-MSH |
| GEORGIA DEPARTMENT OF | : | |
| CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Plaintiff Ammon Ra Sumrall, an inmate currently confined at Wilcox State Prison in Abbeville, Georgia, filed a *pro se* complaint (ECF No. 1) seeking relief under 42 U.S.C § 1983. On December 27, 2021, the Defendants filed a motion to dismiss (ECF No. 21) and an answer (ECF No. 22) to Plaintiff's original complaint. On January 5, 2022, the Court received Plaintiff's response (ECF No. 24) to Defendants' motion to dismiss. On January 13, 2022, the Court received Plaintiff's motion to withdraw his response and "replace it with his Amended Complaint." Mot. to Withdraw 1, ECF No. 26. Plaintiff's timely filed amended complaint (ECF No. 25) supersedes his original complaint and therefore moots Defendants' motion to dismiss. *See* Fed. R. Civ. P. 15(a)(1)(B); *see also Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint." (citations omitted)); *Gulf Coast Recycling, Inc. v. Johnson Controls, Inc.*, No. 8:07-CV-2143-T-30TBM, 2008 WL 434880, at *1 (M.D. Fla. Feb. 14, 2008) ("The filing of [an]

amended complaint renders Defendants' earlier filed Motion to Dismiss moot.").

Accordingly, Defendants' motion to dismiss (ECF No. 21) and Plaintiff's motion to withdraw response (ECF No. 26) are **DENIED as moot**.  Defendants may refile their motion to dismiss to Plaintiff's amended complaint.

SO ORDERED, this 19th day of January, 2022

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE