IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMMON RA SUMRALL, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-187-MTT-MSH |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al. , | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated April 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of April, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk